# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ralph  Harriott Jr.           **BK NO. 26-01044 MJC**
       Gillian  Harriott

           Debtor(s)          **Chapter 7**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 and index same on the master mailing list.


Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
28 Apr 2026, 12:58:33, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: effb6d372411f4d51b694ae993c9818650849ff01d095e7ce5f8f7970d461420