

15317-PAM-DE-041184414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 8, 2026</u>, at <u>6:31</u> o'clock <u>PM PDT</u>, <u>Gillian Harriott</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>July 8, 2026</u>

By:  <u>/s/Mawrin Sison</u>

Name:  <u>Mawrin Sison</u>

Title:  <u>Certified Credit Counselor</u>