Certificate Number: 15317-PAM-DE-041184412

Bankruptcy Case Number: 26-01044



15317-PAM-DE-041184412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2026, at 6:31 o'clock PM PDT, Ralph Harriott Jr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 8, 2026                By:    /s/Mawrin Sison

                                  Name:  Mawrin Sison

                                  Title: Certified Credit Counselor