In re:                                                                                                    Case No. 26-01044-MJC

Ralph Harriott, Jr.                                                                                Chapter 7

Gillian Harriott

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph Harriott, Jr., Gillian Harriott, 285 Stockport Tpk, Lakewood, PA 18439-4047 |
| 5796141 | + | Erin Oliver, 285 Stockport Tpke, Lakewood, PA 18439-4047 |
| 5796142 | + | FST COMMONWEALTH FCU, 6126 HAMILTON BLVD, SUITE 100, Allentown, PA 18106-9711 |
| 5796143 | ++ | GOLD KEY COUNTRY CLUB, 111 GOLD KEY ROAD, MILFORD PA 18337-5037 address filed with court:, Gold Key Country Club, 2000 Gold Key Estates, 111 Gold Key Road, Milford, PA 18337 |
| 5796148 | + | NORTHEAST RADIATION ONCOLOGY CENTER, PO BOX 4167, Scranton, PA 18505-6167 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 23 2026 18:55:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5796140 | + | Email/Text: bk@avant.com | Jul 23 2026 18:56:00 | Avant, 222 W MERCHANDISE MART PLAZA, Chicago, IL 60654-1105 |
| 5797337 | + | Email/Text: RASEBN@raslg.com | Jul 23 2026 18:55:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5796144 | | EDI: IRS.COM | Jul 23 2026 22:54:00 | IRS, PO BOX 219236, Kansas City, MO 64121-9236 |
| 5796145 | + | EDI: JEFFERSONCAP.COM | Jul 23 2026 22:54:00 | JEFFERSON CAPITAL SYSTEM, 200 14TH AVENUE, Sartell, MN 56377-4500 |
| 5796146 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 18:59:34 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5796147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2026 18:59:34 | Merrick BK, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5796149 | | EDI: PRA.COM | Jul 23 2026 22:54:00 | Portfolio Recovery, 120 CORPORATE BLVD, SUITE 100, Norfolk, VA 23502 |
| 5801304 | | EDI: PENNDEPTREV | Jul 23 2026 22:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5796150 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Jul 23 2026 18:55:00 | RAUSCH STURM LLP, 300 N. EXECUTIVE DRIVE, Brookfield, WI 53005 |
| 5796151 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 23 2026 18:56:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5796152 | + | EDI: WFAUTO | Jul 23 2026 22:54:00 | WFBNA AUTO, PO BOX 71092, Charlotte, NC 28272-1092 |

District/off: 0314-5

Date Rcvd: Jul 23, 2026

TOTAL: 12

User: admin

Form ID: 318

Page 2 of 2

Total Noticed: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026

Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company jkatz@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michelle McGowan | on behalf of Creditor Deutsche Bank National Trust Company mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vern S. Lazaroff | on behalf of Debtor 1 Ralph Harriott  Jr. vernlaz@gmail.com, r39899@notify.bestcase.com |
| Vern S. Lazaroff | on behalf of Debtor 2 Gillian Harriott vernlaz@gmail.com  r39899@notify.bestcase.com |

TOTAL: 7

Information to identify the case:

Debtor 1    **Ralph Harriott Jr.**

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–8568

EIN   _ _ – _ _ _ _ _ _ _

Debtor 2    **Gillian Harriott**

(Spouse, if filing)

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–6788

EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:26–bk–01044–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ralph Harriott Jr.

Gillian Harriott

**By the court:**

7/23/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 5:26-bk-01044-MJC    Doc 23    Filed 07/25/26    Entered 07/26/26 00:26:00    Desc
Imaged Certificate of Notice    Page 4 of 4